J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
520 East Wilson Ave., Suite 200
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiffs Disney Enterprises, Inc., Lucasfilm Ltd. LLC, and Lucasfilm Entertainment Company Ltd. LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Disney Enterprises, Inc., Lucasfilm Ltd. LLC, and Lucasfilm Entertainment Company Ltd. LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Cuff-Daddy, LLC; Mike Cayelli; and Does 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>COMPLAINT FOR COPYRIGHT INFRINGEMENT; TRADEMARK INFRINGEMENT; UNFAIR COMPETITION<br><br>DEMAND FOR A JURY TRIAL |

Plaintiffs Disney Enterprises, Inc. ("DEI"), Lucasfilm Ltd. LLC ("LFL"), and Lucasfilm Entertainment Company Ltd. LLC ("LECL") (LFL and LECL are collectively referred to as the "Lucasfilm Plainitffs") (DEI, LFL, and LECL are collectively referred to as "Plaintiffs") for their Complaint allege as follows:

## A. <u>Jurisdiction and Venue</u>

1. The claim for copyright infringement under the Copyright Act, as amended, 17 U.S.C. §§ 101, *et seq.*, alleges the unauthorized use in interstate commerce of copyrights owned by Plaintiffs. The Court has jurisdiction over the subject matter of the claim for copyright infringement pursuant to 28 U.S.C. § 1331 and § 1338(a). The Court has jurisdiction over the subject matter of the claim for

Trademark Infringement pursuant to the Lanham Trademark Act, as amended, 15 U.S.C., § 1051 *et seq*. and 28 U.S.C. § 1331 and § 1338.

2.     Venue is proper within the Central District of California pursuant to 28 U.S.C. §§ 1391(b) and 1400(a).

**ALLEGATIONS COMMON TO ALL CLAIMS FOR RELIEF**

**B.     Introduction**

3.     This case concerns the concerted, systematic and wholesale theft of various world-famous intellectual properties owned by Plaintiffs.  Defendants, despite prior written notice, are engaged in the manufacture, importation, distribution, promotion, sale and offer for sale of infringing jewelry, cuff links, personal accessories and/or related products, which incorporate unauthorized likenesses of the animated or live action characters or other logos owned by Plaintiffs ("Infringing Product").  Plaintiffs filed this action to combat the willful sale of unlicensed and counterfeit products bearing Plaintiffs' exclusive copyrights and trademarks.

**C.     Plaintiff DEI**

4.     DEI is a corporation duly organized and existing under the laws of the State of Delaware, having its principal place of business in Burbank, California.

5.     DEI is a subsidiary of The Walt Disney Company ("Disney"). Disney, together with its subsidiaries, is a diversified worldwide entertainment company with operations in five business segments: Media Networks, Parks and Resorts, Studio Entertainment, Consumer Products and Interactive Media.  Media Networks comprises international and domestic cable networks and its broadcasting business;  Parks and Resorts comprises resorts and theme parks around the world, Disney Cruise Line and also licensed theme parks such as Tokyo Disney Resort in Japan; Studio Entertainment comprises live-action and animated theatrical and video motion pictures, musical recordings and live stage plays; Consumer Products

comprises relationships with licensees, manufacturers, publishers and retailers throughout the world to design, develop, publish, promote and sell a wide variety of products based on DEI's intellectual property as well as its own Publishing and Retail; Interactive Media Group creates and delivers branded entertainment games and lifestyle content across interactive media platforms.

6. A significant aspect of DEI's business is the merchandising and licensing of distinctive elements associated with its motion picture and television programs. The distinctive elements licensed and/or merchandised by DEI include, but are not limited to, the world-famous characters featured in numerous animated short films, feature length motion pictures and television programs produced over a period of more than seventy years, including, but not limited to, Mickey Mouse (hereinafter collectively referred to as the "DEI Characters").

7. The revenue from products which use the DEI Characters is substantial. The appearance and other features of the DEI Characters are inherently distinctive and serve to identify DEI and its licensees as the source of products bearing the DEI Characters. The design, configuration and distinctive features of the DEI Characters and other DEI copyrighted works, and of works related thereto (hereinafter individually and collectively referred to as "DEI's Copyrighted Designs"), are wholly original with DEI and, as fixed in various tangible media, including merchandise, are copyrightable subject matter under the United States Copyright Act, 17 U.S.C., Sections 101, *et seq*. DEI is the owner of DEI's Copyrighted Designs and, as featured on in connection with various merchandise, constitute copyrightable subject matter under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq*.

8. DEI, and its predecessors in interest have complied in all respects with the laws governing copyright and have secured the exclusive rights and privileges in and to the copyrights to DEI's Copyrighted Designs, and DEI owns one or more

certificates of registration for works in which each of DEI's Copyrighted Designs appear. A representative list of copyright registrations for DEI's Copyrighted Designs is attached hereto as Exhibit A.

9.     Products featuring DEI's Copyrighted Designs which are manufactured, sold and distributed by DEI or under its authority have been manufactured, sold and distributed in conformity with the provisions of the copyright laws. DEI and those acting under its authority have complied with their obligations under the copyright laws, and DEI, in its own right or as successor-in-interest, has at all times been and still is the sole proprietor or otherwise authorized to enforce all right, title and interest in and to the copyrights in each of DEI's Copyrighted Designs.

10.    DEI is the owner of world famous registered marks which serve to distinguish DEI products ("DEI's Trademarks"). Some of those trademarks have been used continuously for over seventy years. Each year DEI spends a significant amount to develop and maintain the considerable goodwill it enjoys in its trademarks and in its reputation for high quality. A representative list of trademark registrations for DEI's Trademarks is attached hereto as Exhibit B.

11.    DEI's Trademarks are all valid, extant and in full force and effect. DEI's Trademarks are all exclusively owned by DEI. DEI has continuously used each of DEI's Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.

12.    As a result of advertising and sales, together with longstanding consumer acceptance, DEI's Trademarks identify DEI's products and authorized sales of these products. DEI's Trademarks have each acquired secondary meaning in the minds of consumers throughout the United States and the world. DEI's Characters, Copyrighted Designs and Trademarks are collectively referred to herein as DEI's Properties.

**D.     Lucasfilm Plaintiffs**

13.     The Lucasfilm Plaintiffs are affiliates of DEI and are corporations duly organized and existing under the laws of the State of California, having their principal place of business in Marin County, California.

14.     The Lucasfilm Plaintiffs are some of the most celebrated film and entertainment companies in the world, producing some of the most famous motion pictures ever created.

15.     The Lucasfilm Plaintiffs are the producers of the epic Star Wars film series, the creation of writer-producer-director George Lucas.  Ever since the first Star Wars film premiered in 1977, the Star Wars saga has been a world-wide cultural phenomenon. The original Star Wars film broke all box office records and generated a series of six feature films (collectively, the "Star Wars Motion Pictures"), each of which is among the highest grossing motion pictures in United States box office history.

16.     The immense popularity of the Star Wars Motion Pictures created a world-wide market for Star Wars licensed products, including, but not limited to, jewelry, toy figures, personal accessories, and numerous other products.  The Lucasfilm Plaintiffs and their affiliated companies oversee the manufacture, licensing, promotion, and sales of the consumer products business for Star Wars. Licensing of products related to the Star Wars Motion Pictures generates substantial revenue for the Lucasfilm Plaintiffs.

17.     A significant source of revenue for the Lucasfilm Plaintiffs is the merchandising and licensing of distinctive elements bearing character and technological artwork, including, but not limited to, Luke Skywalker, Han Solo, Princess Leia, Wookiee, Anakin Skywalker, R2-D2, C-3PO, Darth Vader, Boba Fett, Yoda, Storm Trooper, Darth Maul, the X-Wing Fighter, Tie Fighter, Millennium Falcon, AT-AT Walker, Jedi Star Fighter, A-Wing Fighter and B-Wing Fighter

(hereinafter individually and collectively referred to as the "Lucasfilm Characters").

18.    The revenue from products using the Lucasfilm Characters is substantial.  The appearance and other features of the Lucasfilm Characters are inherently distinctive and serve to identify the Lucasfilm as the source of products bearing the Lucasfilm Characters.  The design, configuration and distinctive features of the Lucasfilm Characters and other Lucasfilm copyrighted works, and of works related thereto (hereinafter individually and collectively referred to as the "Lucasfilm Copyrighted Designs") are wholly original with LFL and, as fixed in various tangible media including, without limitation, merchandise, are copyrightable subject matter under the United States Copyright Act, 17 U.S.C., § 101, *et seq.*  LFL LLC is the owner of the Lucasfilm Copyrighted Designs and, as featured on and in connection with various merchandise, these designs constitute copyrightable subject matter under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*

19.    LFL has complied in all respects with the laws governing copyright and has secured the exclusive rights and privileges in and to the copyrights to the Lucasfilm Copyrighted Designs, and LFL owns one or more certificates of registration for works in which each of Lucasfilm's Copyrighted Designs appear.  A representative list of copyright registrations for LFL Copyrighted Designs is attached hereto as Exhibit C.  The Lucasfilm Copyrighted Designs manufactured, sold, and distributed by LFL or under its authority have been manufactured, sold, and distributed in conformity with the provisions of the copyright laws.  LFL and those acting under its authority have complied with their obligations under the copyright laws.  LFL is authorized to enforce all right, title, and interest in and to the copyrights in each of the Lucasfilm Copyrighted Designs.

20.    LFL and LECL also own all right, title, and interest in and to and hold exclusive rights to develop, manufacture, market, and sell products bearing the trademarks, trade names, service marks, artwork, characters, and other distinctive

elements for and incorporating the Lucasfilm Characters.

21.    LECL owns numbers U.S. trademark registrations, including, but not limited to those related to the character DARTH VADER (Reg. Nos. 2454915, 3646330, 3443879, and 3443878) (collectively the "LECL Trademarks") (hereinafter, the LFL Trademarks and the LECL Trademarks are collectively referred to as the "Lucasfilm Trademarks").  A representative list of trademark registrations for the Lucasfilm Trademarks is attached hereto as Exhibit D.

22.    The Lucasfilm Plaintiffs are the owners of world famous registered marks, which serve to distinguish Lucasfilm products.

23.    The Lucasfilm Trademarks have been in continuous use in interstate and international commerce by the Lucasfilm Plaintiffs and their licensees in connection with the sale of products related to the Star Wars Motion Pictures since at least as early as the premiere of the first Star Wars film in 1977.  Each year the Lucasfilm Plaintiffs spend substantial amounts to develop and maintain the considerable good will they enjoy in their trademarks and in their reputation for high quality.

24.    As a result of the phenomenal success of the Star Wars Motion Pictures and three decades of extensive marketing and promotion in and on Star Wars related advertising, packaging and products, the Lucasfilm Trademarks are famous, have acquired secondary meaning in connection with the sale of Star Wars related products, and are strongly associated with Lucasfilm and the Star Wars Motion Pictures in the minds of the general public.

25.    The Lucasfilm Trademarks are all valid, extant, and in full force and effect.  The Lucasfilm's Trademarks are exclusively owned by the Lucasfilm Plaintiffs.  The Lucasfilm Plaintiffs have continuously used each of the Lucasfilm Trademarks from the registration date, or earlier, until the present and at all times relevant to the claims alleged in this Complaint.

26.    The DEI Characters and Lucasfilm Characters are collectively

referred to herein as "Plaintiffs' Characters." DEI's Copyrighted Designs and Lucasfilm Copyrighted Designs are collectively referred to herein as "Plaintiffs' Copyrighted Designs." The DEI Trademarks and Lucasfilm Trademarks are collectively referred to herein as "Plaintiffs' Trademarks." Plaintiffs' Copyrighted Designs and Plaintiffs' Trademarks are collectively referred to herein as "Plaintiffs' Properties."

**F. Defendants**

27. Plaintiffs are informed and believe, and upon that basis allege, that Defendant Cuff-Daddy, LLC ("CDL") is a Maryland corporation, with its principal place of business in the city of North Potomac, Maryland. CDL is subject to the jurisdiction of this Court and is manufacturing, promoting, distributing, advertising and/or selling merchandise which infringes Plaintiffs' Properties within this judicial district.

28. Defendant Mike Cayelli ("MC") is an individual and, upon information and belief, a resident of the city of North Potomac, State of Maryland. Plaintiff is informed and believes, and upon that basis alleges, that MC is a principal and/or supervisory employee of CDL. Plaintiff is further informed and believes, and based thereon alleges, that MC had the right and ability to supervise or control the infringing activity alleged herein and that he had a direct financial interest in such activity. In addition or alternatively, MC had knowledge or reason to know of the infringing activity and took actions that contributed to such activity.

29. Upon information and belief, Does 1 – 10 are either entities or individuals who are residents of or present in this judicial district, and are subject to the jurisdiction of this Court. Upon information and belief, Does 1 – 10 are principals or supervisory employees of the named defendants, suppliers of the named defendants or other entities or individuals who are manufacturing, distributing, selling and/or offering for sale merchandise in this judicial district which infringes

some or all of Plaintiffs' Properties. The identities of the various Does are unknown to Plaintiffs at this time. The Complaint will be amended to include the names of such individuals when identified. The named defendants and Does 1 – 10 are collectively referred to herein as "Defendants."

**COUNT I - COPYRIGHT INFRINGEMENT**

30. Plaintiffs bring the following claim of copyright infringement against Defendants and incorporate by reference the allegations contained in paragraphs 1 through 29 above.

31. Defendants have manufactured, distributed, sold, or offered for sale, unauthorized or counterfeit jewelry, cuff links and/or personal accessories, bearing Plaintiffs' Copyrighted Designs. Lists of some, but not all, of said copyrighted properties owned by Plaintiffs appear in Exhibits A and C.

32. Defendants have never been authorized by Plaintiffs to distribute Plaintiffs' Copyrighted Designs, nor have Plaintiffs ever authorized, licensed, or in any manner allowed Defendants the right to manufacture, distribute, sell, or offer for sale, any merchandise including, but not limited to unauthorized or counterfeit jewelry, cuff links and/or personal accessories, or related merchandise which bear any of Plaintiffs' Copyrighted Designs.

33. Defendants have manufactured, distributed, sold, or offered for sale, unauthorized or counterfeit jewelry, cuff links and/or personal accessories, which incorporate Plaintiffs' Copyrighted Designs, in direct violation of Plaintiffs' copyrights.

34. Defendants committed their acts with actual as well as constructive knowledge of Plaintiffs' exclusive rights, and their actions have contributed to the infringing, copying, duplication, sale, or offer for sale, counterfeit copies of Plaintiffs' Copyrighted Designs. Each act by Defendants that infringes one of Plaintiffs' Copyrighted Designs is the basis for a separate claim against Defendants

under the Copyright Act.

35. Upon information and belief, Defendants' acts as alleged are willful infringements of and have irreparably harmed Plaintiffs' copyrights and exclusive rights and threaten further infringements and further irreparable harm to Plaintiffs' copyrights and exclusive rights. Further harm and injury to Plaintiffs is imminent, and Plaintiffs are without an adequate remedy at law with respect to such harm and injury. Unless Defendants' acts are enjoined and the illicit counterfeiters of Plaintiffs' Copyrighted Designs are stopped, it is highly probable that Defendants, or others under Defendants' direction, will manufacture, distribute, sell, or offer for sale, additional counterfeit jewelry, cuff links, and/or personal accessories, and other products which bear Plaintiffs' Copyrighted Designs causing further irreparable injury to Plaintiffs.

36. Defendants have obtained gains, profit, and advantages as a result of their wrongful acts noted above.

37. Plaintiffs are entitled, at their option, to statutory damages as provided by 17.U.S.C. § 504 in lieu of actual damages and Defendants' profits.

**COUNT II - TRADEMARK INFRINGEMENT AND TRADEMARK COUNTERFEITING**

38. Plaintiffs bring the following claims of trademark infringement and trademark counterfeiting against Defendants and incorporate by reference the allegations contained in paragraphs 1 through 37 above.

39. Plaintiffs own or are licensees of the exclusive rights to Plaintiffs' Trademarks. Lists of some, but not all, of said trademarks owned by Plaintiffs appear on Exhibits B and D. All of the trademark registrations are in full force and effect and are owned by Plaintiffs or Plaintiffs' licensors. Many of the trademarks are incontestable pursuant to 15 U.S.C. § 1065.

40. Plaintiffs, or those under their authority, manufacture and distribute all

of their advertising and products in conformity with the provisions of the United States trademark law.

41.     Notwithstanding Plaintiffs' or their licensors' well-known and prior common law and statutory rights in Plaintiffs' Trademarks, Defendants have, with actual and constructive notice of Plaintiffs' federal registration rights and long after Plaintiffs' established their rights, adopted and used the trademarks in conjunction with the sale of unauthorized or counterfeit jewelry, cuff links and/or personal accessories, and other products in the State of California and interstate commerce.

42.     Defendants have distributed, sold, or offered for sale, unauthorized or counterfeit jewelry, cuff links and/or personal accessories, bearing Plaintiffs' Trademarks without Plaintiffs' authorization.  Defendants' distribution, sale, or offer for sale of unauthorized or counterfeit jewelry, cuff links and/or personal accessories, bearing Plaintiffs' Trademarks in California and interstate commerce has and will cause the likelihood of confusion, deception, and mistake in that the buying public will conclude that the products sold by Defendants are authorized, sponsored, approved, or associated with Plaintiffs.

43.     Said acts of infringement will cause irreparable injury to Plaintiffs if Defendants are not restrained by the Court from further violation of Plaintiffs' rights as Plaintiffs have no adequate remedy at law.

44.     Plaintiffs have suffered damages as a result of Defendants' acts.

45.     Defendants' use in commerce of Plaintiffs' Trademarks in conjunction with the sale of unauthorized or counterfeit jewelry, cuff links and/or personal accessories, is an infringement of Plaintiffs' registered trademarks in violation of 15 U.S.C. § 1114(1).

46.     Defendants committed the acts alleged herein intentionally, fraudulently, maliciously, willfully, wantonly, and oppressively with the intent to injure Plaintiffs and their businesses.

47. The unauthorized or counterfeit jewelry, cuff links and/or personal accessories, and other products bearing Plaintiffs' trademarks that Defendants sold, distributed, or offered for sale, constitutes a counterfeit product pursuant to 15 U.S.C. § 1116(d).

**COUNT III - UNFAIR COMPETITION UNDER THE LANHAM ACT**

48. Plaintiffs bring the following claim of unfair competition under the Lanham Act against Defendants and incorporate by reference the allegations contained in paragraphs 1 through 47 above.

49. As a direct result of Plaintiffs' longstanding use, sales, advertising, and marketing, Plaintiffs' Trademarks have acquired a secondary and distinctive meaning among the public who have come to identify Plaintiffs' Trademarks listed on Exhibits B and D with Plaintiffs and their respective products.

50. The unauthorized and counterfeit jewelry, cuff links, and/or personal accessories, and other products that Defendants have sold and distributed duplicate, use and take Plaintiffs' Trademarks and delude and confuse the public into believing that Plaintiffs approved, authorized, or sponsored the unauthorized or counterfeit jewelry, cuff links and/or personal accessories, and other products sold, offered for sale, or distributed by Defendants.

51. Defendants, by misappropriating and using the likenesses of Plaintiffs' trademarks in connection with the sale of unauthorized or counterfeit jewelry, cuff links and/or personal accessories, and other products, are misrepresenting and will continue to misrepresent and falsely describe to the general public the origin and sponsorship of their products. Defendants have caused such products to enter into interstate commerce willfully with full knowledge of the falsity of the designation of their origin and description and representation in an effort to mislead the purchasing public into believing that their products are authorized or emanate from Plaintiffs.

52. These acts constitute a violation of Section 43 of the Lanham Act, 15

U.S.C. § 1125.

53. Defendants have obtained gains, profits, and advantages as a result of their unlawful acts.

54. Plaintiffs have suffered monetary damages as a result of Defendants' acts.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs demand entry of a judgment against the Defendants as follows:

1. Permanent injunctive relief restraining Defendants, their officers, agents, servants, employees, representatives, successors and assigns, attorneys, and all those in active concert or participation with them from:

a. Further infringing Plaintiffs' copyrighted properties, trademarks, and licensed trademarks by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying, or otherwise disposing of any products not authorized by Plaintiffs including, but not limited to, unauthorized or counterfeit jewelry, cuff links and/or personal accessories, and other products bearing any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Plaintiffs' Properties;

b. Using any simulation, reproduction, counterfeit, copy, or colorable imitation of any of Plaintiffs' copyrighted properties, trademarks, and licensed trademarks in the promotion, advertisement, display, sale, offer for sale, manufacture, production, circulation, or distribution of any unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiffs or to any goods sold, manufactured, sponsored, or approved by or connected with Plaintiffs;

c. Making any statement or representation whatsoever, or using any false designation of origin or false description, or performing any act that can or is

likely to lead the trade or public, or individual members thereof, to believe that any products manufactured, distributed, or sold by Defendants is in any manner associated or connected with Plaintiffs, or are sold, manufactured, licensed, sponsored, approved, or authorized by Plaintiffs;

       d.     Engaging in any other activity constituting unfair competition with any of Plaintiffs, or constituting an infringement of any of Plaintiffs' trademarks or of Plaintiffs' rights in, or to use or to exploit said trademarks, or constituting any dilution of any of Plaintiffs' names, reputations, or goodwill;

       e.     Effecting assignments or transfers, forming new entities or associations or using any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs a. through d.;

       f.     Secreting, destroying, altering, removing, or otherwise dealing with the Unauthorized Products or any books or records that may contain any information relating to the importing, manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, or displaying of all unauthorized products that infringe any of Plaintiffs' trademarks or copyrights; and

       g.     From aiding, abetting, contributing to, or otherwise assisting anyone from infringing upon any of Plaintiffs' trademarks or copyrights.

    2.     Temporary restraining order and seizure order authorizing Plaintiffs to seize the following items which are in Defendants' possession, custody or control:

       a.     All unauthorized products bearing Plaintiffs' Properties or likenesses thereof;

       b.     Any other unauthorized products which reproduce, copy, counterfeit, imitate or bear any of Plaintiffs' Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to Plaintiffs' Properties;

       c.     Any labels, packages, wrappers, containers, and any other

unauthorized promotional or advertising material which reproduce, copy, counterfeit, imitate or bear any of Plaintiffs' Properties or which picture, reproduce, copy or use the likeness of or bear a substantial similarity to Plaintiffs' Properties;

        d.     Any molds, screens, patterns, plates, negatives, machinery or other equipment used for making or manufacturing any unauthorized products or unauthorized items which bear Plaintiffs' Properties or which bear a substantial similarity to any of Plaintiffs' Properties; and

        e.     Any sales and supply of customer journals, ledgers, invoices, purchase orders, sales records, inventory control documents, bank records, catalogs, website development materials, and all other business records, including any written or computer communication in printed or stored media such as online sales or advertisement as well as email and chat logs, believed to concern the manufacture, importation, purchase, advertising, sale or offering for sale of any unauthorized products, including computers, hard drives, servers or other digital storage on which such documents or data is stored.

3.     Directing that Defendants report to this Court within thirty (30) days after a Permanent Injunction is entered to show their compliance with paragraphs 1 and 2 above.

4.     Directing such other relief as the Court may deem appropriate to prevent the trade and public from gaining the erroneous impression that Plaintiffs authorized or are related in any way to any products manufactured, sold, or otherwise circulated or promoted by Defendants.

5.     Awarding to Plaintiffs from Defendants, as a result of Defendants' sale of any unauthorized products bearing Plaintiffs' trademarks, three times Plaintiffs' damages and three times Defendants' profits, after an accounting, or statutory damages, should Plaintiffs opt for such relief, consisting of $200,000.00 for each of Plaintiffs' trademarks infringed upon by Defendants, and to the extent this Court

concludes such infringement was willful, $2,000,000.00 for Plaintiffs' trademarks infringed upon by Defendants pursuant to 15 U.S.C. § 1114 and § 1117.

6. Awarding to each Plaintiff from Defendants selling any unauthorized products three times its damages therefrom and three times Defendants' profits therefrom, after an accounting, pursuant to 15 U.S.C. § 1125(a) and § 1117.

7. That Plaintiffs be awarded from each Defendant found to be in violation of their copyrighted properties, Defendants' profits, or at Plaintiffs' election, an award of statutory damages pursuant to 15 U.S.C. § 504, of no less than Seven Hundred Fifty Dollars ($750) nor more than Thirty Thousand Dollars ($30,000) per copyrighted property infringed upon by each Defendant, at the Court's discretion, or should this Court find that such infringement was willful, that this Court, pursuant to its discretion, award statutory damages of up to One Hundred Fifty Thousand Dollars ($150,000) for each copyrighted property infringed upon by each such Defendant.

8. Awarding to Plaintiffs their reasonable attorneys' fees and investigative fees pursuant to 15 U.S.C. § 1117.

9. Awarding to Plaintiffs their costs in bringing this action.

10. Awarding punitive damages to Plaintiffs for Defendants' willful acts of unfair competition.

11. Awarding other such relief to Plaintiffs as this Court deems just.

Dated: August 5, 2015

J. Andrew Coombs, A Professional Corp.

By: ______________________
J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiffs Disney Enterprises, Inc., Lucasfilm Ltd. LLC and Lucasfilm Entertainment Company Ltd. LLC

**DEMAND FOR JURY TRIAL**

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs Disney Enterprises, Inc., Lucasfilm, Ltd., LLC, and Lucasfilm Entertainment Company Ltd., LLC hereby demand a trial by jury of all issues so triable.

Dated: August 5, 2015

J. Andrew Coombs, A Professional Corp.

By: ______________________________

J. Andrew Coombs
Annie S. Wang
Attorneys for Plaintiffs Disney Enterprises, Inc., Lucasfilm Ltd. LLC and Lucasfilm Entertainment Company Ltd. LLC

**EXHIBIT A**

**DEI'S COPYRIGHTED DESIGNS**

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| VA 58 937 | Mickey - 1 (Mickey Mouse) | Model Sheet |
| VA 58 938 | Minnie - 1 (Minnie Mouse) | Model Sheet |
| Gp 80 184 | Donald Duck | Publications Model Sheet |
| VA 58 933 | Daisy - 1 (Daisy Duck) | Model Sheet |
| VA 58 936 | Goofy -1 (Goofy) | Model Sheet |
| Gp 80 192 | Pluto | Publications Model Sheet |
| VAu 64 814 | Baby Mickey | Model Sheet |
| VAu 64 814 | Baby Minnie | Model Sheet |
| VAu 73 216 | Baby Donald Duck | Model Sheet |
| VAu 73 217 | Baby Daisy Duck | Model Sheet |
| VAu 83 225 | Baby Goofy | Model Sheet |
| VAu 73 219 | Baby Pluto | Model Sheet |
| R 48 971 | Disney's Uncle Scrooge in Only a Poor Old Man | Comic Strip |
| RE 424 728 | Walt Disney's Ludwig von Drake | Comic Strip |
| Gp 105 126 | Horace Horsecollar | Model Sheet |
| R 567 615 | Chip | Model Sheet |
| R 567 614 | Dale | Model Sheet |
| VA 184 345 | Huey, Dewey & Louie -1 | Model Sheet |
| Gp 105 128 | Clarabelle Cow | Model Sheet |
| RE 636 587 | **Winnie the Pooh and the Honey Tree** | Motion Picture |
| RE 718 378 | **Winnie the Pooh and the Blustery Day** | Motion Picture |
| VA 58 940 | Pooh - 1 (Winnie the Pooh) | Model Sheet |
| Gp 81 528 | Rabbit | Publications Model Sheet |
| Gp 81 528 | Owl | Publications Model Sheet |
| Gp 85 651 | Kanga and Roo | Publications Model Sheet |
| Gp 81 528 | Eeyore | Publications Model Sheet |
| Gp 81 528 | Piglet | Publications Model Sheet |
| Gp 81 528 | Gopher | Publications Model Sheet |
| Gp 81 527 | Tigger | Publications Model Sheet |
| R 354 235 | **Snow White and the Seven Dwarfs** | Motion Picture |
| R 346 870 | Bashful | Drawings |
| R 346 869 | Doc | Drawings |
| R 346 875 | Dopey | Drawings |
| R 346 876 | Grumpy | Drawings |

| | | |
|---|---|---|
| R 346 871 | Happy | Drawings |
| R 346 874 | Sleepy | Drawings |
| R 346 873 | Sneezy | Drawings |
| R 346 872 | Snow White | Drawings |
| R 346 868 | Snow White "Witch" | Drawings |
| R 406 910 | **Pinocchio** | Motion Picture |
| Gp 80 186 | Pinocchio | Publications Model Sheet |
| Gp 80 188 | Jiminy Cricket | Publications Model Sheet |
| R 427 860 | **Fantasia** | Motion Picture |
| R 433 627 | **The Reluctant Dragon** | Motion Picture |
| R 442 538 | **Dumbo** | Motion Picture |
| R 428 428 | Dumbo Suggestions for Dumbo | Drawing |
| R 428 420 | Mother Elephant Suggestions for "Dumbo" | Drawing |
| R 428 430 | Dumbo Ringmaster Suggestions 1348 | Drawing |
| R 428 427 | Dumbo - Stork Suggestions | Drawing |
| R 428 426 | Timothy Mouse Suggestions | Drawing |
| R 428 432 | Dumbo "Miscellaneous Crows" - 2006 | Drawing |
| R 458 260 | **Bambi** | Motion Picture |
| R 433 645 | Bambi - Bambi | Drawing |
| R 433 630 | Bambi - Final Thumper Model - 2002 | Drawing |
| R 433 631 | Bambi - Skunk Model - 2002 | Drawing |
| R 433 636 | Bambi - Owl and Stag Models | Drawing |
| R 433 632 | Faline "Adolescent Age" | Drawing |
| R 433 633 | Bambi's Mother | Drawing |
| R 467 541 | **Saludos Amigos** | Motion Picture |
| R 464 785 | Joe Carioca | Drawing |
| R 516 560 | **The Three Caballeros** | Motion Picture |
| R 550 316 | **Make Mine Music** | Motion Picture |
| R 557 922 | **Song of the South** | Motion Picture |
| R 548 629 | Brer Rabbit | Drawing |
| R 548 626 | Brer Bear | Drawing |
| R 577 489 | **Fun and Fancy Free** | Motion Picture |
| R 605 180 | **Melody Time** | Motion Picture |
| R 636 303 | **The Adventures of Ichabod & Mr. Toad** | Motion Picture |
| R 648 396 | **Cinderella** | Motion Picture |
| R 632 319 | Cinderella | Copyright Booklet |
| R 632 319 | Drizella | Copyright Booklet |
| R 632 319 | Anastasia | Copyright Booklet |
| R 632 319 | Stepmother | Copyright Booklet |
| R 632 319 | Fairy Godmother | Copyright Booklet |
| R 632 319 | Prince | Copyright Booklet |
| R 632 319 | Bruno, the Dog | Copyright Booklet |
| R 632 319 | Lucifer, the Cat | Copyright Booklet |
| R 632 319 | Jaq and Gus | Copyright Booklet |
| RE 27 746 | **Alice in Wonderland** | Motion Picture |
| VA 58 920 | Alice - 1 (Alice) | Model Sheet |

| | | |
|---|---|---|
| VA 58 919 | Alice - 2 (The White Rabbit) | Model Sheet |
| VA 58 921 | Alice – 3 (Queen of Hearts) | Model Sheet |
| VA 58 922 | Alice - 4 (Cheshire Cat) | Model Sheet |
| VA 58 923 | Alice - 5 (Caterpillar) | Model Sheet |
| VA 58 924 | Alice - 6 (Tweedledee and Tweedledum) | Model Sheet |
| VA 58 922 | March Hare | Model Sheet |
| VA 58 922 | Mad Hatter | Model Sheet |
| RE 64 027 | **Peter Pan** | Motion Picture |
| RE 66 285 | Peter Pan | Coloring Book |
| RE 66 285 | Tinkerbell | Coloring Book |
| RE 66 285 | Captain Hook | Coloring Book |
| RE 66 285 | Mr. Smee | Coloring Book |
| RE 66 285 | Nana | Coloring Book |
| RE 162 852 | **Lady and the Tramp** | Motion Picture |
| RE 101 764 | Lady | Previews of Pictures |
| RE 101 764 | Tramp | Previews of Pictures |
| RE 296 296 | **Sleeping Beauty** | Motion Picture |
| RE 246 671 | Princess Aurora | Book |
| RE 246 671 | Prince Phillip | Book |
| RE 246 671 | Maleficent/Dragon | Book |
| RE 370 901 | **One Hundred and One Dalmatians** | Motion Picture |
| RE 546 478 | **The Sword in the Stone** | Motion Picture |
| RE 557 357 | Archimedes | Copyright Booklet |
| RE 557 357 | Merlin | Copyright Booklet |
| RE 557 357 | Wart/Arthur | Copyright Booklet |
| RE 557 357 | Madame Mim | Copyright Booklet |
| RE 571 201 | **Mary Poppins** | Motion Picture |
| RE 705 510 | **The Jungle Book** | Motion Picture |
| RE 679 798 | Mowgli | Drawing |
| RE 679 799 | Baloo | Drawing |
| RE 679 795 | Bagheera | Drawing |
| RE 679 805 | King Louie | Drawing |
| RE 679 797 | Kaa | Drawing |
| RE 679 807 | Shere Khan | Drawing |
| Lp 38 283 | **The Aristocats** | Motion Picture |
| Gu 44 754 | O'Malley | Drawing |
| Gu 44 750 | Duchess | Drawing |
| Gu 44 748 | Edgar | Drawing |
| Gu 44 745 | Roquefort | Drawing |
| VA 1-099-033 | Marie Valentine Spring 2002 | Style Guide |
| Lp 39 817 | **Bedknobs and Broomsticks** | Motion Picture |
| Gu 46 904 | Crocky | Drawing |
| Gu 46 908 | Sailor Bear | Drawing |
| Gu 46 906 | Codfish | Drawing |
| Gu 46 917 | Secretary Bird | Drawing |
| LP 42 905 | **Robin Hood** | Motion Picture |
| Gu 46 582 | Robin Hood | Drawing |

| | | |
|---|---|---|
| Gu 46 583 | Little John | Drawing |
| Gu 46 584 | Sir Hiss | Drawing |
| Gu 47 230 | Sheriff of Nottingham | Drawing |
| Gu 47 762 | Friar Tuck | Drawing |
| Gu 46 585 | Prince John | Drawing |
| Gu 50 764 | Maid Marion | Drawing |
| Gu 50 763 | Lady Cluck | Drawing |
| Lp 49 678 | **The Rescuers** | Motion Picture |
| Gp 96 289 | Miss Bianca | Drawing |
| Gp 96 286 | Orville | Drawing |
| Gp 96 288 | Madame Medusa | Drawing |
| Gp 96 287 | Bernard | Drawing |
| Gp 103 814 | Penny | Drawing |
| Gu 57 278 | Rufus | Drawing |
| Gu 56 625 | Evinrude | Drawing |
| PA 1 371 | **Pete's Dragon** | Motion Picture |
| Gp 111 695 | Elliott the Dragon | Drawing |
| PA 125 861 | **The Fox and the Hound** | Motion Picture |
| VAu 10 933 | Todd (Young) | Drawing |
| VAu 10 930 | Copper (Pup) | Drawing |
| VAu 10 936 | Vixey | Drawing |
| VAu 10 928 | Big Mama | Drawing |
| VAu 12 417 | Dinky | Drawing |
| VAu 12 418 | Boomer | Drawing |
| VAu 12 415 | Squeeks | Drawing |
| PA 252 525 | **The Black Cauldron** | Motion Picture |
| VAu 24 517 | Eilonwy | Drawing |
| VAu 29 561 | Fflewddur | Drawing |
| VAu 24 518 | Gurgi | Drawing |
| VAu 24 070 | Hen Wen | Drawing |
| VAu 24 592 | The Horned King | Drawing |
| VAu 24 519 | Taran | Drawing |
| VAu 47 075 | Orddu | Drawing |
| VAu 47 073 | Orgoch | Drawing |
| VAu 47 074 | Orwen | Drawing |
| PA 290 808 | **The Great Mouse Detective** | Motion Picture |
| VAu 76 103 | Basil 185-126 | Model Sheet |
| VAu 76 102 | Dr. Dawson 1284-80 | Model Sheet |
| VAu 81 570 | Olivia | Model Sheet |
| VAu 76 100 | Ratigan 285-166 | Model Sheet |
| VAu 81 572 | Fidget | Model Sheet |
| VAu 81 571 | Flaversham | Model Sheet |
| VAu 86 112 | Felicia - Clean Up Model 0238 | Model Sheet |
| VAu 76 104 | Toby 285-170 | Model Sheet |
| VAu 85 019 | Mrs. Judson | Model Sheet |
| VAu 85 021 | Queen Victoria | Model Sheet |
| VAu 85 022 | Bartholomew | Model Sheet |
| PA 385 556 | **Oliver and Company** | Motion Picture |
| VAu 104 921 | Dodger Construction Sheets | Model Sheet |

| | | |
|---|---|---|
| VAu 104 920 | Einstein Construction Sheets | Model Sheet |
| VAu 104 919 | Frances Construction Sheets | Model Sheet |
| VAu 104 916 | Rita Construction Sheets | Model Sheet |
| VAu 109 377 | Oliver Rough Model | Model Sheet |
| VAu 109 379 | Tito - Ruff Model | Model Sheet |
| VAu 119 949 | How to Draw Georgette | Model Sheet |
| PA 431 543 | **The Little Mermaid** | Motion Picture |
| VAu 123 355 | Ariel 9-9-87 Ruff (Ariel) | Drawings |
| VAu 123 351 | Scuttle | Drawings |
| VAu 123 354 | Ruff Sebastion 9-4-87 (Sebastian) | Drawings |
| VAu 123 348 | Ruff Ursula 9-9-87 (Ursula) | Drawings |
| VAu 123 352 | Prince Eric | Drawings |
| VAu 123 350 | Triton | Drawings |
| VAu 123 353 | Flotsam/Jetsam | Drawings |
| VAu 123 349 | Flounder | Drawings |
| PAu 1 024 341 | **DuckTales** | Motion Picture |
| VAu 101 067 | Launchpad McQuack | Pamphlet of Drawings |
| VAu 101 067 | Webby | Pamphlet of Drawings |
| VAu 101 067 | Doofus | Pamphlet of Drawings |
| VAu 101 067 | Mrs. Beakley | Pamphlet of Drawings |
| VAu 101 067 | Duckworth | Pamphlet of Drawings |
| PA 486 535 | **The Rescuers Down Under** | Motion Picture |
| VAu 161 749 | Cody | Model Sheets |
| VAu 155 884 | Jake (Rough Models) | Model Sheets |
| VAu 155 844 | McLeach (Rough Model) | Model Sheets |
| VAu 170 264 | Marahute (Rough Model) | Model Sheets |
| PA 542 647 | **Beauty and the Beast** | Motion Picture |
| VAu 200 866 | Belle (Beauty and the Beast) | Artwork |
| VAu 210 914 | Beast | Licensing Kit |
| VAu 194 311 | Maurice (Beauty and the Beast) | Artwork |
| VAu 199 855 | Mrs. Potts (Beauty and the Beast) | Artwork |
| VAu 200 868 | Cogsworth (Beauty and the Beast) | Artwork |
| VAu 194 310 | Lumiere (Beauty and the Beast) | Artwork |
| VAu 201 337 | Chip (Beauty and the Beast) | Artwork |
| VAu 194 307 | Gaston (Beauty and the Beast) | Artwork |
| VAu 194 309 | LeFou (Beauty and the Beast) | Artwork |
| VAu 199 856 | Phillipe (Beauty and the Beast) | Artwork |
| VAu 200 869 | Featherduster (Beauty and the Beast) | Artwork |
| PA 583 905 | **Aladdin** | Motion Picture |
| VAu 215 432 | Aladdin - Aladdin | Model Sheet |
| VAu 215 453 | Aladdin - Genie | Model Sheet |
| VAu 215 793 | Aladdin - Abu | Model Sheet |
| VAu 218 349 | Aladdin - Iago | Model Sheet |
| VAu 230 534 | Aladdin - Rasoul | Model Sheet |
| VAu 218 348 | Aladdin - The Sultan | Model Sheet |

| | | |
|---|---|---|
| VAu 230 533 | Aladdin - Jafar | Model Sheet |
| VAu 221 841 | Aladdin - Jasmine | Model Sheet |
| VAu 221 842 | Aladdin - Jafar as Beggar | Model Sheet |
| VAu 232 164 | Aladdin - Narrator | Model Sheet |
| PA 659 979 | **The Lion King** | Motion Picture |
| VAu 246 448 | The Lion King - Mufasa | Model Sheet |
| VAu 245 946 | The Lion King - Sarabi | Model Sheet |
| VAu 246 447 | The Lion King - Simba | Model Sheet |
| VAu 246 440 | The Lion King - Young Simba | Model Sheet |
| VAu 246 438 | The Lion King - Nala | Model Sheet |
| VAu 246 664 | The Lion King - Young Nala | Model Sheet |
| VAu 245 947 | The Lion King - Rafiki | Model Sheet |
| VAu 245 945 | The Lion King - Shenzi, Banzai & Ed | Model Sheet |
| VAu 246 437 | The Lion King - Pumbaa | Model Sheet |
| VAu 245 662 | The Lion King - Timon | Model Sheet |
| VAu 246 446 | The Lion King - Scar | Model Sheet |
| VA 611 201 | Zazu | Licensing Kit |
| PA 720 179 | **Pocahontas** | Motion Picture |
| VAu 262 859 | Pocahontas - Pocahontas Standing | Artwork |
| VAu 261 970 | Pocahontas - Powhatan | Artwork |
| VAu 261 967 | Pocahontas - Percy | Artwork |
| VAu 302 884 | Pocahontas - John Smith | Artwork |
| VAu 302 886 | Pocahontas - Meeko the Raccoon | Artwork |
| VAu 302 883 | Pocahontas - Flit the Hummingbird | Artwork |
| VAu 300 559 | Pocahontas - Ratcliffe | Artwork |
| VAu 302 885 | Pocahontas - Grandmother Willow | Artwork |
| PA 765 713 | **Toy Story** | Motion Picture |
| VAu 337 565 | Toy Story - Woody | Artwork |
| VAu 337 566 | Toy Story - Buzz Lightyear | Artwork |
| VAu 337 567 | Toy Story - Hamm | Artwork |
| VAu 337 568 | Toy Story - Rex | Artwork |
| VAu 337 569 | Toy Story - Bo Peep Lamp and Sheep | Artwork |
| VAu 337 186 | Toy Story - Lenny | Artwork |
| VAu 273 627 | Toy Story - Mom | Artwork |
| VAu 348 598 | Toy Story - Andy | Artwork |
| VAu 348 599 | Toy Story - Hannah | Artwork |
| PA 795 221 | **The Hunchback of Notre Dame** | Motion Picture |
| VAu 336 992 | The Hunchback of Notre Dame - Quasimodo | Model Sheet |
| VAu 332 434 | The Hunchback of Notre Dame - Esmeralda | Model Sheet |
| VAu 336 056 | The Hunchback of Notre Dame - Phoebus | Model Sheet |
| VAu 336 057 | The Hunchback of Notre Dame - Djali | Model Sheet |
| VAu 343 663 | The Hunchback of Notre Dame - Gargoyles | Model Sheets |
| VAu 336 058 | The Hunchback of Notre Dame - Clopin | Model Sheet |
| VAu 336 059 | The Hunchback of Notre Dame - Frollo | Model Sheet |

| | | |
|---|---|---|
| VAu 336 878 | The Hunchback of Notre Dame - Will Doll/Sam Doll | Model Sheet |
| PA 670 961 | **Hercules** | Motion Picture |
| VAu 369 603 | Hercules - Hercules | Model Sheets |
| VAu 369 600 | Hercules - Baby Hercules | Model Sheets |
| VAu 367 973 | Hercules - Meg | Model Sheets |
| VAu 369 605 | Hercules - Pegasus | Model Sheets |
| VAu 369 598 | Hercules - Baby Pegasus | Model Sheets |
| VAu 367 965 | Hercules - Phil | Model Sheets |
| VAu 367 964 | Hercules - Hades | Model Sheets |
| VAu 367 969 | Hercules - Pain | Model Sheets |
| VAu 375 850 | Hercules - Panic | Model Sheets |
| VAu 377 944 | Hercules - Hydra Head | Model Sheet |
| PA 799 025 | **Mulan** | Motion Picture |
| VA 849 510 | Mulan | Style Guide |
| VAu 379 045 | The Legend of Mulan - Mulan | Model Sheets |
| VAu 379 027 | The Legend of Mulan - Mulan as Ping | Model Sheets |
| VAu 379 021 | The Legend of Mulan - Mushu | Model Sheets |
| VAu 379 024 | The Legend of Mulan - Shang | Model Sheets |
| VAu 378 480 | The Legend of Mulan - Kahn | Model Sheets |
| VAu 381 069 | The Legend of Mulan - Cricket | Model Sheets |
| PA 901 890 | **A Bug's Life*** | Motion Picture |
| VA 875 986 | A Bug's Life* | Style Guide |
| VAu 399 357 | Flik* | Model Sheets |
| VAu 399 356 | Hopper* | Model Sheets |
| VAu 399 351 | Atta* | Model Sheets |
| VAu 399 349 | Dot* | Model Sheets |
| VAu 399 343 | Dim* | Model Sheets |
| VAu 399 352 | Tuck & Roll* | Model Sheets |
| VAu 399 350 | Francis* | Model Sheets |
| VAu 399 348 | Heimlich* | Model Sheets |
| VAu 399 353 | Slim* | Model Sheets |
| VAu 399 342 | Rosie* | Model Sheets |
| VAu 399 346 | P.T. Flea* | Model Sheets |
| VAu 399 345 | Manny* | Model Sheets |
| VAu 399 344 | Gypsy* | Model Sheets |
| VAu 399 347 | Thumper* | Model Sheets |
| VAu 399 354 | Molt* | Model Sheets |
| VAu 399 355 | Queen* | Model Sheets |
| PA 959 870 | **Toy Story 2*** | Motion Picture |
| VAu 414 563 | Toy Story 2 - Al's Car* | Model Sheet |
| VAu 405 573 | Toy Story 2 - Bullseye* | Model Sheet |
| VAu 406 700 | Toy Story 2 - Coffee Table* | Model Sheet |
| VAu 407 195 | Toy Story 2 - Cushy Chair* | Model Sheet |
| VAu 405 571 | Toy Story 2 - Emporer Zurg* | Model Sheet |
| VAu 405 572 | Toy Story 2 - Jessie* | Model Sheet |
| VAu 405 197 | Toy Story 2 - L'il Yuppie* | Model Sheet |
| VAu 405 574 | Toy Story 2 - Prospector* | Model Sheet |
| VAu 407 196 | Toy Story 2 - Wood Chair* | Model Sheet |
| VA960 902 | Toy Story 2 - Style Guide* | Style Guide |

| | | |
|---|---|---|
| PA 974 011 | **Dinosaur** | Motion Picture |
| VAu 486 473 | Aladar | Model Sheet |
| VAu 486 477 | Baylene | Model Sheet |
| VAu 486 476 | Bruton | Model Sheet |
| VAu 486 478 | Eema | Model Sheet |
| VAu 486 475 | Kron | Model Sheet |
| VAu 486 474 | Neera | Model Sheet |
| VAu 486 472 | Plio | Model Sheet |
| VAu 486 479 | Suri | Model Sheet |
| VAu 486 471 | Yar | Model Sheet |
| VA 996 530 | Dinosaur - Phase I | Style Guide |
| VA 992 942 | Dinosaur - Phase II | Style Guide |
| PA 940 885 | **The Emperor's New Groove** | Motion Picture |
| VA 999 573 | Emperor's New Groove | Style Guide |
| VAu 479 682 | Kronk | Model Sheet |
| VAu 479 685 | Kuzco | Model Sheet |
| VAu 479 683 | Kuzco Llama | Model Sheet |
| VAu 479 684 | Pacha | Model Sheet |
| VAu 479 681 | Yzma | Model Sheet |
| PA 1-250-536 | **The Incredibles** | Motion Picture |
| VA 1-242-351 | The Incredibles | Style Guide |
| PA 1-322-908 | **Cars** | Motion Picture |
| VA 1-326-323 | Cars – Style Guide | Style Guide |
| VA 1-403-647 | Hannah Montana – Branding Guide | Style Guide |
| PA 659-601 | **Tim Burton's The Nightmare Before Christmas** | Motion Picture |
| PA 1-313-530 | **High School Musical** | Motion Picture |
| VA 1-405-082 | High School Musical – Branding Guide | Style Guide |
| PA 1-627-575 | **Hannah Montana the Movie** | Motion Picture |
| PA 1-635-067 | **Up** | Motion Picture |
| PA 1-641-991 | **G-Force** | Motion Picture |
| PA 1-606-305 | **Wall-E** | Motion Picture |
| VA 1-663-815 | Wall-E – Branding and Supplement Style Guide RSM 2008 | Style Guide |
| PA 1-598-561 | **High School Musical 2** | Motion Picture |
| VA 1-651-813 | High School Musical 2 – Summer 2008 Style Guide Supplement | Style Guide |
| PA 1-613-593 | **High School Musical 3: Senior Year** | Motion Picture |
| VA 1-655-713 | Beverly Hills Chihuahua | One Sheet |
| PA 1-611-956 | **Beverly Hills Chihuahua** | Motion Picture |
| Pau 2-921-728 | Little Mermaid III: Ariel's Beginning | Screenplay |
| VA 515-038 | Little Mermaid III: Ariel's Beginning | Comic Book |
| PA 1-623-231 | **Bedtime Stories** | Motion Picture |
| PA 1-588-972 | **Underdog** | Motion Picture |
| PA 1-595-126 | **Enchanted** | Motion Picture |
| PA 1-332-118 | **Meet the Robinsons** | Motion Picture |
| VA 1-358-218 | Meet the Robinsons—Style Guide | Style Guide |
| PA 1-122-518 | **Cinderella II : Dreams come true / produced by Walt Disney Television** | Motion Picture |

| | **Animation ; directed by John Kafka** | |
|---|---|---|
| PA 1-612-331 | **Cinderella III: A Twist in Time** | Motion Picture |
| PA 1-611-943 | **Tinker Bell** | Motion Picture |
| PA 1-617-950 | **Bolt** | Motion Picture |
| VA 1-663-828 | Bolt – Fall/Winter Style Guide 2008 | Style Guide |
| PA 1-688-323 | **Toy Story 3** | Motion Picture |
| VA 1-800-737 | Toy Story 3: GC Product Dev – Style Guide – Spring/Summer 2010 | Style Guide |
| PA 1-348-114 | **Handy Manny: no. 1-01** | Motion Picture |
| VAu 959-473 | Handy Manny Design Pack – Characters | Drawings |
| VA 1-650-599 | Handy Manny Repair Shop – Spring/Summer 2008 Product Development Guide | Style Guide |
| PA 1-224-960 | Pirates of the Caribbean: The Curse of the Black Pearl | Motion Picture |
| PA 1-322-906 | Pirates of the Caribbean: Dead Man's Chest | Motion Picture |
| PA 1-334-112 | Pirates of the Caribbean: At World's End | Motion Picture |
| PA 1-737-564 | Pirates of the Caribbean: On Stranger Tides | Motion Picture |
| PA 1-742-101 | Cars 2 | Motion Picture |
| VAu 1-089-554 | Cars 2: Professor Z | Visual Material |
| VA 1-781-144 | Cars 2: Tokyo City - Mini | Visual Material |
| PA 1-814-870 | Wreck-It Ralph | Motion Picture |
| VAu 1-116-667 | Wreck-It Ralph: Adorabeezle Winterpop | Model Sheet |
| VAu 1-116-688 | Wreck-It Ralph: Duncan | Model Sheet |
| VAu 1-116-686 | Wreck-It Ralph: King Candy | Model Sheet |
| VAu 1-116-671 | Wreck-It Ralph: Gloyd Orangboar | Model Sheet |
| PA 1-800-721 | Brave | Motion Picture |
| VAu 1-093-274 | Brave: Angus | Model Sheet |
| VAu 1-089-531 | BRAVE: Family – King Fergus, Queen Elinor, Merida & Royal Triplets Harris, Hubert & Hamish | Visual Material |
| VA 1-814-373 | Brave: General Art Guide | Visual Material |
| PA 1-713-579 | Tron: Legacy | Motion Picture |
| VA 1-753-501 | Tron Legacy: Vertical Banner: Olivia | Visual Material |
| VA 1-753-496 | Tron Legacy: Vertical Banner: Jeff | Visual Material |
| VA 1-753-498 | Tron Legacy: Vertical Banner: Garrett | Visual Material |
| PA 1-811-293 | Frankenweenie | Motion Picture |
| VAu 1-082-013 | Frankenweenie: Bob | Model Sheet |
| VAu 1-082-015 | Frankenweenie: Edgar "E" Gore | Model Sheet |
| VAu 1-075-939 | Frankenweenie: Mr. Frankenstein | Model Sheet |
| PA 1-856-767 | Planes | Motion Picture |
| PA 1-656-826 | **Princess and the Frog, The** | Motion Picture |
| PA 1-713-851 | **Tangled** | Motion Picture |
| PA 1-871-077 | **Frozen** | Motion Picture |
| PA 1-038-178 | **Monsters, Inc.** | Motion Picture |

| | | |
|---|---|---|
| PA 1-848-339 | **Disney Pixar Monsters University** | Motion Picture |
| PA 1-146-502 | **Finding Nemo** | Motion Picture |
| PA 1-354-935 | **Ratatouille** | Motion Picture |
| PA 1-703-137 | **Tinker Bell and the Great Fairy Rescue** | Motion Picture |
| VA 1-800-738 | Tinker Bell and the Great Fairy Rescue-Global Creative P Fall 2010 | Style Guide |
| VA 1-831-654 | Doc McStuffins-Global Creative P-SS13 | Style Guide |
| VA 1-770-111 | Disney Handy Manny-Tool Team Product Design Portfolio-Preschool | Style Guide |
| VA 1-802-675 | Jake and the Neverland Pirates-Global Creative B Preschool FA12 (Disney Jr) | Style Guide |
| VA 1-850-709 | Disney Sofia the First-Global Creative P FH13 | Style Guide |
| VA 1-766-270 | Phineas and Ferb Branding Guide Global Creative Boys FA11 | Style Guide |
| VA 1-864-307 | Disney The Muppets Character Art & Photography Guide | Style Guide |
| PA 1-082-244 | **Lilo and Stitch** | Motion Picture |
| VA 1-094-896 | Lilo and Stitch | Style Guide |

**EXHIBIT B**

**DEI'S TRADEMARKS**

| Trademark | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|
| MICKEY MOUSE | 3007745 | 10/18/2005 | 14 |
| MICKEY MOUSE | 3588873 | 3/10/2009 | 9, 14, 16, 18, 25 |
|  | 3580906 | 2/24/2009 | 14 |
|  | 3619662 | 5/12/2009 | 28 |
|  | 4436787 | 11/19/2013 | 3, 9, 16, 18, 21, 24, 28 |
|  | 1857626 | 10/11/1994 | 14 |
|  | 2704887 | 4/8/2003 | 16, 18, 20, 21, 24, 25, 28 |
|  | Serial No. 85705621 | Filed on 8/16/12 | 28 |
|  | 3648840 | 6/30/2009 | 28 |

# EXHIBIT C

## LFL'S COPYRIGHTED DESIGNS

| Copyright Registration | Title of Work (Character) | Type of Work |
|---|---|---|
| RE 925-302 | Star Wars: Episode IV – A New Hope | Motion Picture |
| PA 072-282 | Star Wars: Episode V – The Empire Strikes Back | Motion Picture |
| PA 172-810 | Star Wars: Episode VI – Return of the Jedi | Motion Picture |
| PA 933-148 | Star Wars: Episode I – Phantom Menace | Motion Picture |
| PA 1-072-564 | Star Wars: Episode II – Attack of the Clones | Motion Picture |
| PA 1-271-265 | Star Wars: Episode III – Revenge of the Sith | Motion Picture |
| RE 903-682 | Tie Fighter Chasing X-Starfighter | Visual Material |
| VA 1-762-350 | Yoda | Visual Material |
| VA 134-990 | Luke Skywalker | Visual Material |
| RE 905-920 | Luke Skywalker | Visual Material |
| VA 971-032 | Anakin Skywalker | Visual Material |
| VA 135-000 | Boba Fett | Visual Material |
| VA 134-993 | R2-D2 | Visual Material |
| VA 134-943 | R2-D2 and C-3PO | Visual Material |
| VA 971-030 | C-3PO | Visual Material |
| VA 134-994 | C-3PO | Visual Material |
| VA 1-843-230 | Darth Vader and Son | Visual Material |
| VA 134-991 | Darth Vader | Visual Material |
| VA 074-472 | Darth Vader | Visual Material |
| VA 971-037 | Darth Maul | Visual Material |
| VA 134-992 | Princess Leia | Visual Material |
| VA 134-999 | Han Solo | Visual Material |

# EXHIBIT D

## LUCASFILM TRADEMARKS

| Trademark | Trademark Registration No. | Trademark Registration Date | International Class(es) of Goods |
|---|---|---|---|
| DARTH VADER | 2454915 | 5/29/2001 | 28 |
|  | 3646331 | 6/30/2009 | 25, 28 |
|  | 3443879 | 6/10/2008 | 25, 28 |
|  | 3646330 | 6/30/2009 | 25, 28 |
|  | 3443878 | 6/10/2008 | 25, 28 |